IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris-Coleman, Willie J

Printed: 01/13/09

Case Number:  06 B 00828
Judge:  Squires, John H
Filed:  1/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: May 10, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,467.85 |  |
| Secured: |  | 28,726.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,984.20 |
| Trustee Fee: |  | 1,757.39 |
| Other Funds: |  | 0.00 |
| Totals: | 32,467.85 | 32,467.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,984.20 | 1,984.20 |
| 2. | Saxon Mortgage Services Inc | Secured | 28,144.86 | 25,822.12 |
| 3. | City Of Chicago | Secured | 346.00 | 259.77 |
| 4. | Saxon Mortgage Services Inc | Secured | 6,274.20 | 2,644.37 |
| 5. | T Mobile USA | Unsecured | 304.12 | 0.00 |
| 6. | Capital One | Unsecured | 376.83 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 818.27 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 520.10 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 59.00 | 0.00 |
| 10. | Capital One | Unsecured | 728.62 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 118.21 | 0.00 |
| 12. | American General Finance | Unsecured | 2,100.09 | 0.00 |
| 13. | American Loan | Unsecured | 255.38 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 361.99 | 0.00 |
| 15. | City Of Chicago | Unsecured | 18.80 | 0.00 |
| 16. | Donald E Howard Md | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| | | | $ 42,410.67 | $ 30,710.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris-Coleman, Willie J

Printed: 01/13/09

Case Number:  06 B 00828
Judge:  Squires, John H
Filed:  1/31/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 240.89 |
| 5% | 185.70 |
| 4.8% | 330.01 |
| 5.4% | 674.39 |
| 6.5% | 291.50 |
| 6.6% | 34.90 |
| | $ 1,757.39 |

Based on the above information, the trustee requests that the court enter an order discharging the
trustee, releasing the trustee's surety from liability for actions relating to the above proceedings,
closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

